UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 24-12381-RGS

SARAH CATHERINE SPAULDING

v.

ELIZABETH WARREN and MARTIN O'MALLEY

ORDER

November 18, 2024

STEARNS, D.J.

On October 7, 2024, the court ordered that, if plaintiff Sarah Catherine Spaulding wished to challenge the final decision of the Commissioner of Social Security, she could file a complaint no later than November 12, 2024 showing she had exhausted her administrative remedies in front the Social Security Administration. Dkt #4. Spaulding has not filed an amended complaint, and the deadline for doing do has passed.

Accordingly, for the reasons set forth in the court's October 7, 2024 order, this action is DISMISSED. The dismissal is WITH prejudice as to claims against Senator Warren. The dismissal is otherwise without prejudice. The motion for appointment of counsel shall be terminated as moot.

The court will consider reopening this case if, within twenty-eight (28) days, Spaulding files a motion to reopen with a proposed amended complaint in which she shows that she has exhausted her administrative remedies.

SO ORDERED.

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE